UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL MCGARY,

    Plaintiff,

v.

KELLY CUNNINGHAM et al.

    Defendants.

CASE NO. C13-5130 RBL-JRC

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

    On June 12, 2013, this Court entered an order denying plaintiff's motion for appointment of counsel (ECF No 31). Plaintiff filed a motion for reconsideration on August 2, 2013 (ECF No. 43). Local Rule 7(h) states that a motion for reconsideration will be filed "within fourteen days after the order to which it relates is filed." Plaintiff's motion is untimely and the Court will not consider the motion on the merits.

    Dated this 14th day of August, 2013.

    J. Richard Creatura
    United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
RECONSIDERATION - 1