1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10   DARNELL MCGARY,

11                    Plaintiff,

CASE NO. C13-5130 RBL-JRC

12        v.

ORDER ON MOTIONS FOR
DEPOSITIONS

13   KELLY CUNNINGHAM et al.

14                    Defendant.

15          The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

16   Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

17   636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

18          Plaintiff filed a motion asking for permission to take non-stenographic depositions (ECF

19   No. 61). Plaintiff outlined the procedure he wanted the Court to adopt in his motion (*id*.). Before

20   the Court issued a ruling on plaintiff's motion, the parties entered into a stipulation regarding the

21   taking of depositions (ECF No. 66). The Court accepts the parties' stipulation with the following

22   modification.

23
24

1    Each side will provide a single, one hundred and twenty minute tape for each deposition

2    and defense counsel need only provide two tape recorders for each deposition -- not three. The

3    Court does not require that a copy of the deposition tape be sent to Court.  Further, discovery is

4    not filed unless it is used in the proceeding or there is a dispute that the Court needs to address.

5    *See*, Fed. R. Civ. P. 5(d)(1).

6    Each side will keep a copy of the tape as outlined in the parties stipulated motion.

7    Plaintiff will arrange for stenographic transcription at his expense and will provide a copy of the

8    transcript to opposing counsel at his expense. If the parties do not agree that plaintiff's transcripts

9    are accurate, the parties will each submit their copy of that deposition tape to the Court along

10   with a copy of the transcript. The parties will highlight the portions of the transcript they believe

11   are not accurately transcribed.

12   Dated this 4th day of November, 2013.

13

14   J. Richard Creatura
     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24