HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL O MCGARY,<br><br>Plaintiff,<br><br>v.<br><br>KELLY CUNNINGHAM, DON GAUNTZ, HOLLY CORYELL, ED YOUNG, BRUCE DUTHIE, JEFF CUTSHAW, REGINALD WOODS, MATT INSLEY, MARK LINDQUIST, JAMES BUDER, JAY INSLEE,<br><br>Defendant. | CASE NO. C13-5130 RBL-JRC<br><br>ORDER DENYING REPORT AND RECOMMENDATION AS MOOT |

On November 4, 2013, Magistrate Judge Creatura issued a Report and Recommendation regarding Plaintiff's Motion for a Preliminary Injunction (Dkt. #77). Before the Court could act on the Report and Recommendation, however, the parties stipulated to staying this action and suspending all deadlines, and Judge Creatura issued an Order to that effect (Dkt. #86). The Report and Recommendation thus **DENIED AS MOOT** pending the stay.

Dated this 10th day of December, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE