HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL O MCGARY,

    Plaintiff,

v.

KELLY CUNNINGHAM, DON GAUNTZ, HOLLY CORYELL, ED YOUNG, BRUCE DUTHIE, JEFF CUTSHAW, REGINALD WOODS, MATT INSLEY, MARK LINDQUIST, JAMES BUDER, JAY INSLEE,

    Defendant.

CASE NO. C13-5130 RBL-JRC

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT (DKT. #78)

On November 4, 2013, Magistrate Judge Creatura issued a Report and Recommendation (Dkt. #78) regarding Defendant Mark Lundquist's motion to dismiss (Dkt. #46). Before the Court could act on the Report and Recommendation, however, the parties stipulated to staying this action and suspending all deadlines, and Judge Creatura issued an Order to that effect (Dkt. #86). The Court thus **DECLINES TO ADOPT** the Report and Recommendation pending the stay.

Dated this 12th day of December, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE