UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL O MCGARY,

        Plaintiff,

    v.

KELLY CUNNINGHAM et al.,

        Defendants.

CASE NO. C13-5130 RBL-JRC

ORDER

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), Fed. R. Civ. P. 72, and local Magistrate Judge Rules MJR3 and MJR4.

    Plaintiff filed a motion to strike defendant Lindquist's second motion to dismiss (Dkt. 101). Defendant Lindquist then withdrew his motion (Dkt. 103). Therefore, the Court denies plaintiff's motion as moot.

    Dated this 23rd day of May, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1