UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL O MCGARY,<br><br>            Plaintiff,<br><br>    v.<br><br>KELLY CUNNINGHAM, DON GAUNTZ, HOLLY CORYELL, ED YOUNG, BRUCE DUTHIE, JEFF CUTSHAW, REGINALD WOODS, MATT INSLEY, MARK LINDQUIST, JAMES BUDER, JAY INSLEE,<br><br>            Defendants. | CASE NO. C13-5130 RBL-JRC<br><br>ORDER ON MOTIONS TO FILE OVER LENGTH BRIEFS |

    The District Court has referred this 42 U.S.C. §1983 civil rights action to Magistrate Judge J. Richard Creatura. The Court's authority for the referral is found in 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

    Plaintiff asked for leave to file an over length reply brief (Dkt. 117). The Court denied that motion without prejudice because the Court did not have any information regarding defendants' response (Dkt. 118). Defendants now move to file an over length response to

1  plaintiff's motion for partial summary judgment.  Defendants state that they intend to file a cross

2  motion for summary judgment as part of that pleading (Dkt. 119).  Now that the Court has the

3  information it needs to rule on the issue, the Court grants defendants' motion to file a 34 page

4  response to plaintiff's motion for summary judgment that includes a cross motion for summary

5  judgment.  The Court also grants plaintiff the ability to file an over length reply brief of not more

6  the 17 pages, as he requested in his motion (Dkt. 117).

7       Dated this 15th day of August, 2014.

*(signature)*

J. Richard Creatura
United States Magistrate Judge

ORDER ON MOTIONS TO FILE OVER LENGTH
BRIEFS - 2