1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                               AT TACOMA

8    DARNELL O MCGARY,

9                        Plaintiff,              CASE NO. C13-5130 RBL-JRC

10        v.                                     ORDER

11   KELLY CUNNINGHAM et al.,

12                       Defendant.

13          The Court having reviewed the Report and Recommendation of the Hon. J. Richard

14   Creatura, objections to the Report and Recommendation, if any, and the remaining record, does

15   hereby find and Order:

16        (1)    The Court adopts the Report and Recommendation;

17        (2)    The Court denies plaintiff's motion for summary judgment (Dkt. 114), and
                 grants defendants' cross motion for summary judgment for summary
18               judgment (Dkt. 122), for the reasons outlined in the Report and
                 Recommendation.  Defendant Lindquist's motion for summary judgment
19               (Dkt. 143) will be addressed separately.

20        DATED this 22nd day of December, 2014.

21

22

23          _____
            RONALD B. LEIGHTON
24          UNITED STATES DISTRICT JUDGE

ORDER - 1