UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL O MCGARY,

          Plaintiff,

v.

MARK LINDQUIST.

          Defendant.

CASE NO. C13-5130 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court grants defendant Lindquist's motion for summary judgment and orders the clerk's office to close this file. Plaintiff failed to come forward with any evidence to support his claim that defendant Lindquist runs the Pierce County Jail and ordered plaintiff placed in segregation.

DATED this 25th day of February, 2015.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1